ABBIE LASHER, Appellant, v. THOMAS F. MCDERMOTT, as Executor of ROSE QUEST, Deceased, Respondent.

*Lasher* v. *McDermott*, 173 App. Div. 79, appeal dismissed.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 4, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for services alleged to have been rendered defendant's testatrix.

The motion was made upon the grounds that the appeal was not taken within the prescribed time, and that neither the required undertaking nor the return on appeal had been filed.

*Pierre E. Du Bois* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.